IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHUOLJOCK LIA, and NYAWAL TAT, ) | CASE NO. 8:08CV338 |
| ) | |
| Plaintiffs, ) | |
| ) | MEMORANDUM |
| v. ) | AND ORDER |
| ) | |
| NEBRASKA DEPARTMENT OF ) | |
| CORRECTIONAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion. On October 22, 2008, the court entered a Memorandum and Order dismissing claims and directing Plaintiff to file an amended complaint no later than November 20, 2008. (Filing No. 10.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.* at CM/ECF pp. 3-4.) Plaintiff has not filed an amended complaint or any other response to the court's October 22, 2008 Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 20th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge